```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 21554
    LAWANDA MOORE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6034


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/15/2008 and was not confirmed.

     The case was dismissed without confirmation 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------

CPS                        SECURED VEHIC     10626.00           .00            .00
CPS                        UNSECURED         NOT FILED          .00            .00
AARON SPEARS               UNSECURED         NOT FILED          .00            .00
AMERICAN COLLECTION        UNSECURED         NOT FILED          .00            .00
APPLIED BANK               UNSECURED         NOT FILED          .00            .00
ASSET ACCEPTANCE           UNSECURED           545.73           .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED           540.00           .00            .00
COMMONWEALTH EDISON        UNSECURED          1365.96           .00            .00
CREDIT ONE BANK            NOTICE ONLY       NOT FILED          .00            .00
ER SOLUTIONS               UNSECURED         NOT FILED          .00            .00
GLOBAL PAYMENTS            UNSECURED         NOT FILED          .00            .00
HSBC ORCHARD BANK          NOTICE ONLY       NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1188.05           .00            .00
NCO FINANCIAL              UNSECURED         NOT FILED          .00            .00
PARK DANSAN                UNSECURED         NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1626.67           .00            .00
PRA RECEIVABLES MGMT       UNSECURED           318.08           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED         NOT FILED          .00            .00
WEST ASSET MANAGEMENT      UNSECURED         NOT FILED          .00            .00
AARON SPEARS               NOTICE ONLY       NOT FILED          .00            .00
AARON SPEARS               SECURED NOT I     2299.00            .00            .00
SPRINT NEXTEL              UNSECURED           632.93           .00            .00
JOYNER LAW OFFICE          DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                             .00
SECURED                                              .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 21554 LAWANDA MOORE
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                    ---------------     ---------------
TOTALS                                         .00                     .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/24/09                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```